# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RAYMOND A. HEARNE, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:06-CV-117-F** |
| v. | ) | |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| Defendant. | ) | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that UPS's Motion for Summary Judgment is ALLOWED in its entirety. The Clerk of Court is DIRECTED to close this case and remove the matter from the court's trial calendar.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 2, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

James M. Mason
Stephen A. Dunn
P.O. Box 426
Raleigh, NC 27602

Susan B. Molony
101 S. Tryon St., Suite 4000
Charlotte, NC 28280-4000

Raymond Earl Dunn, Jr.
P.O. Drawer 1389
New Bern, NC 28563-1389

November 2, 2007
Date

DENNIS P. IAVARONE
Clerk of Court

/s/ Susan K. Enyart

*Wilmington, North Carolina*

*(By) Deputy Clerk*