AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RAYMOND A. HEARNE,<br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:06-CV-117-F** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the court's order on bill of costs dated December 20, 2007 and with no objections being filed, costs are taxed in the amount of $2,616.25 against the Plaintiff, Raymond A. Hearne.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 25, 2008**, AND A COPY MAILED TO:

James M. Mason  
Stephen A. Dunn  
P.O. Box 426  
Raleigh, NC 27602  

Susan B. Molony  
Bank of America Plaza,  
101 South Tryon St., Suite 4000  
Charlotte, NC 28280-4000  

Raymond Earl Dunn, Jr.  
P.O. Drawer 1389  
New Bern, NC 28563-1389  

February 25, 2008  
Date  

*Wilmington, North Carolina*

DENNIS IAVARONE, Clerk  
*Eastern District of North Carolina*  

/s/ Susan K. Enyart  
*(By) Deputy Clerk*